AO 91 (Rev. 11/11)  Criminal Complaint

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

December 10, 2025

LAURA A. AUSTIN, CLERK
BY:  s/ K. SAVILLE
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
### for the
### Western District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   7:25mj245 |
| Kevin Michael Robinson | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____June 19 through June 30, 2025____ in the county of ____Roanoke____ in the ____Western____ District of ____Virginia____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2), (b)(1) | Receipt of child exploitation material |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

*Ryan Kennedy*
_____
*Complainant's signature*

Ryan Kennedy | FBI Special Agent
*Printed name and title*

Sworn to before me ~~and signed in my presence~~. telephonically

Date: ____12/12/2025____    10 pms  12/10/25

*Pamela Meade Sargent*
*Judge's signature*

City and state:    Abingdon, Virginia

Pamela Meade Sargent | U.S. Magistrate Judge
*Printed name and title*