IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEVIN MICHAEL ROBINSON,<br><br>*Defendant.* | Case No. 7:26-CR-00001<br><br>**SUPERSEDING INFORMATION**<br><br>18 U.S.C. § 2252A |

The United States charges:

**COUNT ONE**
*Possession of Child Pornography*

1. On or about June 30, 2025, in the Western District of Virginia and elsewhere, the defendant, KEVIN MICHAEL ROBINSON, knowingly possessed one or more matters that contained child pornography, as defined in 18 U.S.C. § 2256(8)(A), (C), namely, (i) at least one visual depiction of sexually explicit conduct where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and (ii) at least one visual depiction that had been created, adapted, and modified to appear that an identifiable minor was engaging in sexually explicit conduct.

2. The production of at least one visual depiction involved the use of a minor, including a prepubescent minor and minor who had not attained 12 years of age, engaging in sexually explicit conduct, and at least one such visual depiction was of such conduct.

3. Such child pornography had been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign

commerce by any means, including by computer, and was produced using materials that had been mailed, and shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

4. Before the defendant, KEVIN MICHAEL ROBINSON, committed the offense charged in this count, he had at least one prior conviction under the Uniform Code of Military Justice relating to the production, possession, receipt, mailing, sale, distribution, shipment, and transportation of child pornography.

5. All in violation of 18 U.S.C. § 2252A(a)(5)(B), (b)(2).

**NOTICE OF FORFEITURE**

6. The allegations contained in Count One of this Superseding Information are incorporated by reference for this forfeiture allegation.

7. Upon conviction of a violation of 18 U.S.C. § 2252A, as alleged in this Superseding Information, the defendant, KEVIN MICHAEL ROBINSON, shall forfeit the following to the United States:

a. Per 18 U.S.C. § 2253(a)(1): Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, and 2260, or any book, magazine, periodical, film, videotape, or other matter that contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of 18 U.S.C. Chapter 110.

b. Per 18 U.S.C. § 2253(a)(2): Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense.

c. Pursuant to 18 U.S.C. § 2253(a)(3): Any property, real or personal, used or intended to be used to commit or to promote the commission of the offense or any property traceable to such property.

8. The property to be forfeited includes, but is not limited to the following: a Samsung Galaxy S25, serial number R3CY50856FL.

9. If any of the property described above, as a result of any act or omission of the defendant, falls into any of the following categories:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

**FILED** this 31st day of August, 2026.

FILED IN OPEN COURT
DATE 9/1/2026
BY K. Anglim
DEPUTY CLERK
Roanoke DIVISION, WD of VA

For: DREW O. INMAN
Assistant United States Attorney