**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

# CRIMINAL MINUTES – INITIAL APPEARANCE FOR CRIMINAL INFORMATION AND GUILTY PLEA

**Case No.: 7:26cr1** **Date: 9/1/2026**

**Defendant: Kevin Michael Robinson** **Counsel: Sheila Moheb, CJA**

PRESENT:
JUDGE: Elizabeth K. Dillon, CUSDJ
TIME IN COURT: 10:09a – 10:51a; 42m
Deputy Clerk: K. Anglim
Court Reporter: M. Butenschoen
U. S. Attorney: John Beamer
USPO: Brittany Davis

**INITIAL APPEARANCE:**

☒ Waiver of Indictment filed.
☒ Felony Information filed.
☒ Initial Appearance. Defendant advised of charges, rights and nature of proceedings.

**GUILTY PLEA:**

☒ Defendant placed under oath. Court questions defendant regarding his physical and mental condition, and advises defendant of his rights, and the nature and possible consequences of plea.
☒ Government summarizes evidence to support plea and rests.
☒ Plea Agreement taken under advisement
☒ Statement of Facts filed with court.
☒ Guilty plea form executed and filed.
☒ Court accepts plea of guilty.
☒ Court finds defendant guilty as charged in Count 1

**DEFENDANT PLEADS:**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Count 1 of the felony information | | | |

☒ Court orders Presentence Report.
☒ Defendant remanded to custody.
☒ Sentencing hearing TBD before the Honorable Elizabeth K. Dillon.