IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

UNITED STATES OF AMERICA

v. Criminal Action No. 7:26cr1

KEVIN MICHAEL ROBINSON

In the presence of Sheila Moheb, my counsel, who has fully explained the charges contained in the information against me, and having received a copy of the information from the United States Attorney before being called upon to plead, I hereby plead guilty to said information and count 1 thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.

Signature of Defendant

SEP 01, 2026
Date

Witness

FILED IN OPEN COURT
DATE 9/1/2026
BY K. Anglim
DEPUTY CLERK
Roanoke DIVISION, WD of VA